## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JORDAN CHASE BORGOGNONI**                                                      **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 2:13-CV-241-KS-MTP**

**CITY OF HATTIESBURG, MISSISSIPPI et al.**                           **DEFENDANTS**


### ORDER

On February 15, 2017, Plaintiff Bonnie Bridgers Smith, Executrix of the Estate of Jordan Chase Borgognoni, Deceased, ("Plaintiff") filed her Motion to Disqualify Defense Counsel [348]. Due to the impending trial date, the Court hereby orders Defendants to file their response by **noon on Monday, February 20, 2017.**  Parties should contact chambers to discuss the scheduling of a hearing in this matter.

SO ORDERED AND ADJUDGED this the ___15th___ day of February, 2017.


___s/Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE