**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**BONNIE BRIDGERS SMITH, EXECUTRIX OF THE ESTATE
OF JORDAN CHASE BORGOGNONI, DECEASED**                                **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO. 2:13-CV-241-KS-MTP**

**CITY OF HATTIESBURG, MISSISSIPPI;
OFFICER CHAD HARRISON Individually;
OFFICER TYSON FAIRLEY Individually;
LIEUTENANT CHRIS JOHNSON
Individually**                                                                          **DEFENDANTS**

## ORDER

This matter is before the Court on the Motion to Disqualify Defense Counsel [348] filed by Plaintiff. Finding that the individual defendants have been fully informed about the danger of potential conflicts of interest and have subsequently waived any such conflict, the Court will **deny** Plaintiff's Motion to Disqualify Defense Counsel [348].

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's Motion to Disqualify Defense counsel [348] is **denied**.

SO ORDERED AND ADJUDGED this the   23rd   day of February, 2017.

                                              s/Keith Starrett
                                              KEITH STARRETT
                                              UNITED STATES DISTRICT JUDGE