**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BONNIE BRIDGERS SMITH, EXECUTRIX OF THE ESTATE**
**OF JORDAN CHASE BORGOGNONI, DECEASED**                                       **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 2:13-CV-241-KS-MTP**

**CITY OF HATTIESBURG, MISSISSIPPI;**
**OFFICER CHAD HARRISON Individually;**
**OFFICER TYSON FAIRLEY Individually;**
**LIEUTENANT CHRIS JOHNSON**
**Individually**                                                                                     **DEFENDANTS**

## ORDER

This matter is before the Court on the Motion *in Limine* [265] filed by Plaintiff. Finding the parties have reached a settlement in this case, the Court finds that this motion is **moot**.

SO ORDERED AND ADJUDGED, on this, the __6th__ day of March, 2017.

                                             __s/Keith Starrett_____
                                             KEITH STARRETT
                                             UNITED STATES DISTRICT JUDGE